UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

**CIVIL MINUTES - GENERAL**

| Case No. | 2:20-cv-02179-RGK-GJS | Date | October 22, 2021 |
|---|---|---|---|
| Title | *Orlando Garcia v. Jin Hyuk Lee et al* | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Sharon L. Williams | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:** **(IN CHAMBERS) ORDER DISMISSING ACTION**

On March 6, 2020, Plaintiff filed this action, alleging claims for violation of the ADA and UNRUH Civil Rights Act. On April 22, 2021, the Court declined to exercise supplemental jurisdiction over the UNRUH claim, leaving only the ADA claim at issue in this case. On September 8, 2021, Plaintiff filed a Notice of Compliance, stating that Defendant has presented evidence that the paths of travel inside the subject store have now been brought into compliance with ADA standards. Therefore, Plaintiff no longer seeks injunctive relief, which is the only remedy available to Plaintiff on an ADA claim. In light of this Notice, the Court hereby **dismisses** the action in its entirety.

**IT IS SO ORDERED.**

_____ : _____

Initials of Preparer _____